SEYFARTH SHAW LLP
Lawrence E. Butler (SBN: 111043)
Krista L. Mitzel (SBN: 221002)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-Mail: lbutler@seyfarth.com

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

KNOX RICKSEN LLP
Thomas E. Fraysse (SBN: 104436)
Kenneth J. McCarthy (SBN: 120875)
2101 Webster Street, Suite 650
Oakland, California  94162
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
CHRISTOPHER ROBBINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. CV 04-03895 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** |

　　　　Plaintiff Christopher Robbins ("Plaintiff") and defendant Metropolitan Life Insurance Company ("MetLife" or "Defendant") hereby enter into this Stipulation and request that the Court enter the proposed order temporarily to stay proceedings so that the parties may conclude

---

Stipulation and [Prop.] Order Staying Proceedings; Case No. CV 04-03895 MMC

settlement efforts as agreed at the mediation between the parties conducted on August 31, 2005. In support of this Stipulation and [Proposed] Order to Stay Proceedings, the parties state:

### Background

1. The parties conducted a mediation on August 31, 2005. While the parties were unable to settle the case, they reached agreement on interim action intended to help resolve the dispute.

2. Pursuant to this agreement, Plaintiff on or before September 30, 2005, will submit additional information and documents he considers relevant to his claim for long-term disability ("LTD") benefits under the ERISA plan administered by MetLife. MetLife has agreed to accept this additional information and to consider it a second administrative appeal of its denial of Plaintiff's claim for LTD benefits.

3. Within forty-five (45) days of receipt of the additional information to be submitted by Plaintiff, MetLife will re-evaluate Plaintiff's claim for LTD benefits and render a final claim determination.

4. The parties further agreed to seek a stay of this lawsuit to permit MetLife adequate time to re-evaluate Plaintiff's second administrative appeal.

### Stipulation and [Proposed] Order to Stay Proceedings

Accordingly, the parties hereby agree and stipulate:

1. This action shall be stayed through and until December 5, 2005.

2. All pretrial dates as set forth in the Stipulation and Order entered on or about May 25, 2005 shall be vacated.

//
//
//
//

-2-
Stipulation and [Prop.] Order Staying Proceedings; Case No. CV 04-03895 MMC

3. Upon expiration of the stay, either (a) Plaintiff shall dismiss his lawsuit, or (b) the parties shall notify the Court of the inability to resolve their dispute notwithstanding MetLife's re-evaluation of Plaintiff's second administrative appeal and request a scheduling conference to set new pretrial and trial dates.

DATED: September 22, 2005

SEYFARTH SHAW LLP

By _____
Lawrence E. Butler

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

Dated: September 23, 2005

KNOX RICKSEN LLP

By _____
Thomas E. Fraysse

Attorneys for Plaintiff
CHRISTOPHER ROBBINS

IT IS SO ORDERED

Dated: September 26, 2005

_____
UNITED STATES DISTRICT JUDGE

SF1 28220237.1