IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBBINS,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY et al.,<br><br>    Defendant.<br>_____/ | No. C-04-3895 MMC<br><br>**ORDER REQUIRING PARTIES TO FILE STATEMENT SETTING FORTH STATUS OF ACTION** |

On September 26, 2005, the Court entered a stipulation and order staying the instant action until December 5, 2005, to afford the parties time to conclude their settlement efforts. The stipulation and order further provides: "Upon expiration of the stay, either (a) Plaintiff shall dismiss his lawsuit, or (b) the parties shall notify the Court of the inability to resolve their dispute . . . and request a scheduling conference to set new pretrial and trial dates." Although the stay expired on December 5, 2005, plaintiff has not dismissed the instant action, nor have the parties requested a scheduling conference.

Accordingly, the parties are hereby ORDERED to file, no later than December 16, 2005, a joint statement setting forth the status of the instant action.

**IT IS SO ORDERED.**

Dated: December 7, 2005

                                          MAXINE M. CHESNEY
                                          United States District Judge