IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY et al.,<br><br>   Defendant.<br>_____/ | No. C-04-3895 MMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

   For the reasons set forth in the parties' joint status report,[1] filed December 15, 2005, the parties are hereby ORDERED to appear before the Court for a status conference on February 10, 2006 at 10:30 a.m. The parties shall file a joint status conference statement no later than February 3, 2006.

   **IT IS SO ORDERED.**

Dated: December 20, 2005

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court did not receive a chambers copy of the parties' joint status report. The parties are reminded that, pursuant to General Order 45 and the Court's standing orders, they are required to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.