THOMAS E. FRAYSSE, ESQ./State Bar No. 104436
KNOX RICKSEN LLP, Attorneys at Law
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505
Email: tef@knoxricksen.com

Attorneys for Plaintiff
CHRISTOPHER ROBBINS

SEYFARTH SHAW LLP
Lawrence E. Butler, Esq./State Bar No. 111043
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: lbutler@seyfarth.com

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBBINS, | No. CV 04-03895 ARB MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM FEBRUARY 24, 2006, TO MARCH 24, 2006** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA, and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, who request that the Court order that the Case Management Conference set for February 24, 2006, at 10:30 a.m., be continued to March 24, 2006, at 10:30 a.m., to accommodate settlement of the matter.

- 1 -

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE   USDC No. CV 04-03895 ARB MMC

Background

1. This matter was mediated on August 31, 2005, before Martin Quinn of JAMS, at which time it was agreed that defendant METROPOLITAN LIFE INSURANCE COMPANY (hereinafter "MetLife") would allow plaintiff to resubmit his claim with additional material and that such material would be reviewed by MetLife relative to entitlement to benefits under the Plan.

2. Thereafter, plaintiff resubmitted the claim with supporting documents, in accordance with the terms and conditions of the agreement.

3. On or about February 22, 2006, MetLife wrote to plaintiff's counsel and advised that plaintiff's claim for long term disability benefits has been approved under the terms of the Plan effective September 12, 2002, and that a check for past benefits would be forwarded under separate cover.

4. Plaintiff intends to dismiss the action.

5. The parties respectfully request the court to put the Case Management Conference set for Friday, February 24, 2006, at 10:30 a.m., over to Friday, March 24, 2006, at 10:30 a.m. to allow plaintiff time to file a dismissal of the entire action.

Dated: February 23, 2006                 KNOX RICKSEN LLP

                                         By: _____
                                         Thomas E. Fraysse
                                         Attorneys for Plaintiff
                                         CHRISTOPHER ROBBINS

Dated: February 23, 2006                 SEYFARTH SHAW LLP

                                         By: _____
                                         Lawrence E. Butler
                                         Attorneys for Defendant
                                         METROPOLITAN LIFE INSURANCE COMPANY

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE  USDC No. CV 04-03895 ARB MMC

1 | IT IS SO ORDERED. A Joint Case Management Statement shall be filed no later than March 17, 2006.

2 | Dated: February 23, 2006

*[signature]*
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE   USDC No. CV 04-03895 ARB MMC