1  KNOX RICKSEN LLP
   Thomas E. Fraysse (SBN: 104436)
2  Kenneth J. McCarthy (SBN: 120875)
   Josette D. Johnson (SBN: 195977)
3  2101 Webster Street, Suite 650
4  Oakland, California  94162
   Telephone: (510) 285-2500
5  Facsimile: (510) 285-2505
   Email: jdj@knoxricksen.com
6

7  Attorneys for Plaintiff
   CHRISTOPHER ROBBINS
8

9  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN: 111043)
10 560 Mission Street, Suite 3100
   San Francisco, California 94105
11 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
12 E-Mail: lbutler@seyfarth.com

13 Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER ROBBINS, | ) | Case No. CV 04-03895 MMC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA, and DOES 1 through 50, inclusive, | ) ) ) ) ) | Current CMC: March 24, 2006<br>Time:  10:30 a.m.<br><br>Proposed CMC: April 7, 2006<br>Time: 10:30 a.m. |
| Defendants. | ) ) ) | |

---

Stipulation and [Proposed] Order Continuing the Case Management Conference
Case No. CV 04-03895 MMC

1  Plaintiff Christopher Robbins and Defendant Metropolitan Life Insurance Company
2  hereby stipulate to continuing the Case Management Conference ("CMC"), currently scheduled
3  for March 24, 2006, to April 7, 2006.
4  Good cause exists to continue the CMC, because the parties have reached a resolution of
5  this matter but require a brief 2-week continuance to complete the settlement details.
6  The parties seek the Court's approval of the stipulation to continue the CMC to April 7,
7  2006, through the order listed *infra*.

8  DATED: March 23, 2006

   SEYFARTH SHAW LLP

   SBN 192489

   By _____
   Lawrence E. Butler
   Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

12  DATED: March 23, 2006

   KNOX RICKSEN LLP

   By _____
   Josette D. Johnson
   Attorneys for Plaintiff
   CHRISTOPHER ROBBINS

16
17  **IT IS SO ORDERED:**
18  DATED: March 23, 2006

   _____
   HON. MAXINE M. CHESNEY
   UNITED STATES DISTRICT COURT
   JUDGE

23  SF1 28233945.1