THOMAS E. FRAYSSE, ESQ./State Bar No. 104436
JOSETTE D. JOHNSON, ESQ/State Bar No. 195977
KNOX RICKSEN LLP, Attorneys at Law
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
CHRISTOPHER ROBBINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBBINS, | No. C 04-03895 ARB MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA, and DOES 1 through 50, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated attorneys of record, that the above captioned action be and hereby is dismissed without prejudice pursuant to Fed. Rule Civ. Proc. 41(a)(1).

Dated: March 28, 2006

KNOX RICKSEN LLP

By _____
Josette D. Johnson
Attorneys for Plaintiff
CHRISTOPHER ROBBINS

- 1 -

STIPULATION OF DISMISSAL

1  Dated: March 28, 2006      SEYFARTH SHAW LLP

By: *Lawrence E. Butler* (signature)
Lawrence E. Butler
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

7  Dated: March 29, 2006



IT IS SO ORDERED
Judge Maxine M. Chesney

STIPULATION OF DISMISSAL

(Left margin: KNOX RICKSEN LLP, ATTORNEYS AT LAW, 1300 CLAY STREET, SUITE 500, OAKLAND, CALIFORNIA 94612-1427, TEL: 510-285-2500)